UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ADMISSION OF GOVERNMENT ATTORNEYS | **ORDER REGARDING:**<br><br>MOTION TO ADMIT GOVERNMENT ATTORNEYS |

COMES NOW THE UNITED STATES TRUSTEE'S OFFICE, by and through Nicholas Strozza, Assistant United States Trustee, and William Cossitt, Trial Attorney, and pursuant to the Rule LR IA 11-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, hereby move the Court for an order permitting the following Attorneys employed by the Office of the United States Trustee to practice before this Court, including the United States Bankruptcy Court, for the purpose of representing the United States Trustee in Las Vegas Division cases until additional attorneys can be hired to staff the Las Vegas office. Each are employed by the United States of America: Antonia G. Darling (Cal State Bar #76190);

1

Allen Massey (Cal State Bar #172024); Edmund Gee (Cal State Bar #178627); and Jason Blumberg (NY State Bar #4055257).

Each is a member in good standing of the Bar indicated, and each is a full time employee of the United States Department of Justice, Office of the United States Trustee, 501 "I" Street, Suite 7-500, Sacramento, California. The office phone number is (916) 930-2100.

Dated this 27th day of April, 2017.

Respectfully submitted,

Nicholas Strozza
State Bar #CA 117234
William B. Cossitt
State Bar #3484

/s/ WILLIAM B. COSSITT
_____
Attorneys for United States Trustee
Tracy Hope Davis

IT IS SO ORDERED.

DATED this 1st day of May, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE